Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Aileen Maybelle DAVIS |
| **Docket Number:** | 1:05CR00499-002 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/20/06 |
| **Original Offense:** | 18 USC 1343 and 2 - Wire Fraud and Aiding and Abetting (3 counts)<br>(CLASS C FELONY) |
| **Original Sentence:** | 4 months Bureau of Prisons; 3 years supervised release; $1,925 restitution; $300 special assessment; mandatory drug testing |
| **Special Conditions:** | Warrantless search; Not to dispose or dissipate assets; Financial disclosure; Not to incur new credit charges or open lines of credit; Drug testing; Drug counseling; Abstain from the use of alcohol; Mental health treatment; DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/10/06 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Harry M. Drandell     **Telephone:** (559) 442-8891 |

**RE:  Aileen DAVIS**
    **Docket Number:  1:05CR00499-002 OWW**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| <u>06-23-06:</u> | Probation Form 12A1 submitted. Court notified of illicit drug use and one year jail sentence for violation of probation on prior state matter. |
| <u>10-10-06:</u> | Probation Form 12AP submitted. Court notified of tolling of time in regards to supervision as a result of violation sentence on prior state matter. |
| <u>11-13-06:</u> | Probation Form 12A1 submitted. Court notified of illicit drug use, no action recommended. |
| <u>04-10-07:</u> | Probation Form 12B submitted modifying supervision to include 180 days community corrections center placement. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> The defendant shall comply with the conditions of home detention for a period of 180 consecutive days to commence when directed by the probation officer. During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

> At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by his probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**RE:    Aileen DAVIS**
**Docket Number:  1:05CR00499-002 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Justification:**   On May 2, 2007, the releasee entered the Turning Point Residential Re-entry Center to commence a court modified 180-day commitment.  On May 28, 2007, the releasee was terminated from the program as she was found to be infected with both Type B and C Hepatitis.

On June 20, 2007, the releasee signed Probation Form 49, Waiver of Hearing to Modify Conditions of Supervision, agreeing to participate in home confinement for a period of 180 days, in lieu of the community corrections center commitment.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**
Telephone:  (661) 861-4354


**DATED:**    June 21, 2007
Bakersfield, California
FE:dk


/s/ Rick C. Louviere

**REVIEWED BY:** _____
**RICK C. LOUVIERE**
**Supervising United States Probation Officer**

**RE:    Aileen DAVIS**
   **Docket Number:  1:05CR00499-002 OWW**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   June 22, 2007**                             **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE